IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMARA G., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:22-CV-0631-D |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
|     DEFENDANT. | § | |

# ORDER

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court adopts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 14, 2023.

                                                  _____
                                                SIDNEY A. FITZWATER
                                                SENIOR JUDGE